**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRELL ALLISON, | ) NO. CV 08-07295 JVS (SS) |
|    Petitioner, | ) |
|    v. | ) **JUDGMENT** |
| MIKE McDONALD, Warden, | ) |
|    Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 10, 2011

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE